UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HOOP HOLDINGS, LLC, et al.,[1] | ) | Case No. 08-10544 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |
| | ) | |
| HOOP LIQUIDATING TRUST, | ) | |
| by and through Anthony J. | ) | |
| Pacchia as Liquidating Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 10-50039 (BLS) |
| | ) | |
| MACROSOFT Inc. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Hoop Liquidating Trust hereby dismisses this adversary proceeding without prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] The Debtors are the following three entities: Hoop Holdings, LLC, a Delaware limited liability company; Hoop Retail Stores, LLC, a Delaware limited liability company; and Hoop Canada Holdings, Inc., a Delaware corporation. An additional affiliate of the Debtors, Hoop Canada, Inc., a New Brunswick corporation, applied in Canada for protection from its creditors on March 27, 2008, pursuant to the Canadian Companies' Creditors Arrangement Act (the "Canadian Proceeding"). The Canadian Proceeding is being administered in Canada concurrently herewith.

RLF1 3590180v. 1

Dated: July 13, 2010
       Wilmington, Delaware

*/s/ Marisa A. Terranova*
Russell C. Silberglied (No. 3462)
Marcos A. Ramos (No. 4450)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: ramos@rlf.com

*Attorneys for Plaintiff*